**Order entered September 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00822-CR

**ANTWON CARTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81511-2013**

## ORDER

This appeal has been pending for more than one year. Appellant's brief was originally due April 1, 2015. On May 28, 2015, we adopted the trial court's findings regarding confusion as to who was appointed to represent appellant on this appeal. We further adopted the finding that Stephanie Hudson is now appellant's counsel. We ordered appellant to file his brief within forty-five days. On July 14, 2015, a letter was sent to Ms. Hudson informing her that appellant's brief was overdue and directing her to file the brief and an extension motion within ten days. When appellant's brief was not filed by July 31, 2015, the Court ordered Ms. Hudson to file the brief within fifteen days. We warned that failure to do so may result in Stephanie Hudson being removed as appellate counsel. Nevertheless, to date, Ms. Hudson has neither filed appellant's brief nor communicated with the Court regarding the status of the appeal.

Accordingly, we **ORDER** Stephanie Hudson removed as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant on this appeal. We further **ORDER** the trial court to send this Court the order appointing new counsel within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; Stephanie Hudson; and the Collin County District Attorney's Office.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE